IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEONARD GRAY, *et al.* : | |
| : | |
| : | |
| v. : | Civil No. CCB-10-3000 |
| : | |
| : | |
| THE WALT DISNEY COMPANY, *et al.* : | |
| : | |
| : | |

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. The defendants' Motion for Summary Judgment (ECF No. 56) is **Granted** in part and **Denied** in part;

2. The plaintiffs' Cross-Motion for Partial Summary Judgment (ECF No. 58) is **Granted** in part and **Denied** in part; and

3. As indicated in the Scheduling Order (ECF No. 47), discovery and briefing related to class certification and damages may now commence;

4. Counsel shall provide a status report within 14 days; and,

5. The clerk shall send copies of this Order and the accompanying Memorandum to counsel of record.

<u>January 3, 2013</u>                             <u>         /s/                     </u>
Date                                            Catherine C. Blake
                                                United States District Judge