# EXHIBIT A

| **CLASS MEMBERS** | | |
|---|---|---|
| Personnel Number | Last Name | First Name |
| 1112 | Williams | Danielle |
| 1123 | Perry | Marvin |
| 7630 | Gupton | Winston |
| 23459 | Johnson | Helen |
| 24035 | Watson | Janice |
| 25277 | Cox | Nicole |
| 26298 | Orciani | Patrick |
| 29016 | Lee | Donelle |
| 33569 | Williams | Lea |
| 49557 | Owens | Agnieszka |
| 68730 | Gray | Leonard |
| 76557 | Gordon | Ratasha |
| 81503 | Brown | Keith |
| 87502 | Durant | Brandy |
| 90413 | Green | Charles |
| 92255 | Essex | Felice |
| 103956 | House | Darin |
| 120590 | Burgess | Emily |
| 138118 | Magee | Brandyn |
| 143526 | Hamilton | Jason |
| 144271 | Trotman | Arthur |
| 156975 | Scott | Gary |
| 171011 | Johnson | Sierra |
| 172051 | Hailey | Treva |
| 176840 | Sigwart | Jennifer |
| 189093 | Woods | Brandon |
| 224285 | Manicone | Melissa |
| 231551 | Witherspoon | Gary |
| 232449 | Jones | Sarah |
| 238812 | Gilchrist | Cyntira |
| 239538 | Dailey | Gabriele |
| 244251 | Tillman | Lisa |
| 244290 | Howard | Michael |
| 255175 | Blizzard | Terrence |
| 259674 | Weitz | Christopher |
| 259782 | Cabeza | Brent |
| 264820 | Michie | Keith |
| 268772 | Yancey -Isler | Teyrra |
| 283457 | Carter | Terresa |
| 283548 | Dupree | Stephanie |
| 285709 | Tate | Jerome |
| 319338 | Vazquez | Jorge |
| 319346 | Baguley | Stephen |
| 319575 | Romero | Philip |
| 322099 | Brice | Markette |
| 332237 | Salmond | Cynthia |
| 332335 | Lewis | Erin |
| 332359 | Harris | Debra |
| 333004 | Purnell | Duron |
| 334556 | Worthington | Karen |
| 335435 | Jones | Robert |
| 336015 | McCollugh | Michael |

| | | |
|---|---|---|
| 338375 | Rivers | Ebony |
| 338828 | McGinley | Sarah |
| 344557 | Diaz | Meralis |
| 348858 | Chapman | Alonzo |
| 354391 | Hoffman | Abigail |
| 363705 | Diamond | Jessica |
| 366967 | Payton | Krystal |
| 372014 | Dorsey | Eric |
| 397460 | Randolph | Faith |
| 400585 | Jackson | Aaron |
| 408378 | Hicks | Darius |
| 411239 | Earley | Myron |
| 411903 | Westcott | Ashley |
| 426941 | Lloyd | Katie |
| 433030 | Peery | Jacklyn |
| 438493 | Ramos | Mykell |
| 440756 | Gomozova | Maria |
| 446788 | Salmond | Leslie |
| 453560 | Richardson | Sherri |
| 459104 | Cofie | Edmond |
| 469111 | Barbacow | Rhen |
| 469132 | Dorsey | Charles |
| 469150 | Hild | Heather |
| 478067 | Zinsou | Moise |
| 492120 | Lyles | Ivan |
| 492225 | McCray | Emanuel |
| 492247 | John-Baptiste | Natasha |
| 492792 | Mitchell | Candice |
| 494427 | Jackson | Kyle |
| 494563 | Schafer | Nathanial |
| 500168 | Williams | Hugh |
| 500241 | Lieber | Steven |
| 503800 | Brown | Michelle |
| 503870 | Bellamy | Tabatha |
| 503923 | Montenegro | Jessica |
| 508344 | Thorpe | Alisha |
| 508520 | Strazzera | Christine |
| 510581 | Hottinger | Stacey |
| 518217 | Grandle | Shane |
| 518218 | Thompson | Timothy James |
| 521621 | Mullinix | Samantha |
| 531106 | Smith | Shannon |
| 549564 | Mosley | Rumeal |
| 549579 | Owens | Debra |
| 552274 | Hill | Chasmyne |
| 552356 | Mack | Keisha |
| 552359 | Hardy | Kiytia |
| 552364 | Richardson | Andrea |
| 552365 | Gary | Kierra |
| 552368 | Henderson | Reginald |
| 552369 | Williams | Kenneth |
| 552370 | Brunson | Richard |
| 552372 | Mace | Derrick |
| 552373 | Wright | Randy |
| 552449 | Wontrop | Cynthia |
| 552624 | Edwards-Hall | Shanay |

| | | |
|---|---|---|
| 553787 | Thomas | Nathan |
| 555425 | Zopp | William |
| 556856 | Burr | Wendell |
| 556866 | Hilton | Reginald |
| 556867 | Hill | Brittany |
| 556879 | Moore | Shirell |
| 556881 | Bumbray | John |
| 556904 | Williams | Dajuan |
| 556944 | Griffin | Jamal |
| 556954 | Castellanos | Nadia |
| 557112 | Jones | Kevin |
| 557115 | Jones | Jordon |
| 90022503 | Kehl | BettyAnn |
| 90022508 | Johnson | Adam |
| 90022511 | Makfinsky | Joseph |
| 90022522 | Savage | Teresa |
| 90022523 | Lore | Kenneth |
| 90022528 | Evans | Lee |
| 90022536 | Baskerville | Evette |
| 90022550 | Fells | Charlene |
| 90022562 | Winger | Christopher |
| 90022582 | Evans | Kelvin |
| 90022585 | Shaheen | Steven |
| 90022713 | Ridgeway | Jermain |
| 90022736 | Smith | Ishmael |
| 90022898 | Jenkins | Joseph |
| 90023453 | Spearman | Brian |
| 90023465 | Prettyman | Phyllis |
| 90023610 | Holloway | Chanelle |
| 90023661 | Tate | Stacey |
| 90023899 | Wagner | Steven |
| 90024440 | Bystry | Rebecca |
| 90022560 | Norris | Karen |