IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| LEONARD GRAY, *et al*., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. CCB-10-3000 |
| | ) |
| THE WALT DISNEY COMPANY, *et al*., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## ORDER APPROVING FEES AND EXPENSES

Having considered Plaintiffs' Motion for Approval of Attorneys' Fees and Expenses, the

Memorandum in Support, the supporting evidence, the lack of objections, the oral argument of

counsel, and the relevant case law, the Court finds that good cause exists to GRANT that

Motion.

The Court finds as follows: The fees and expenses agreed to in the Settlement

Agreement are fair and reasonable. Counsel effectively briefed and argued the complex issues

involved in overcoming defendants' motion to dismiss and obtaining partial summary judgment

on liability. By bifurcating liability and damages, counsel streamlined the case to the extent

possible, and the time spent on the case was reasonable. Given the uncertainties regarding

various theories of damages and the likelihood of an appeal, the result that counsel obtained in

the settlement – more than 70% of the maximum damages they could have won – was excellent.

The Court has considered the twelve factors first enunciated in *Johnson v. Georgia*

*Highway Express*, 488 F.2d 714 (5th Cir. 1974), and finds that, to the extent they are applicable,

all weigh in favor of the negotiated fee which is approximately 70% of a full lodestar, and none

weighs against such a fee.

2

Accordingly, it is ORDERED as follows:

1.    The Motion for Approval of Attorneys' Fees and Expenses BE, and the same

hereby is, GRANTED, and the $250,000 in fees and expenses provided in the Settlement

Agreement is hereby APPROVED.

_____/s/_____
The Hon. Catherine C. Blake
U.S. District Court Judge

November 14, 2013