IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| LEONARD GRAY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. CCB-10-3000 |
| ) | |
| THE WALT DISNEY COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## **ORDER APPROVING FEES AND EXPENSES**

Having considered Plaintiffs' Motion for Approval of Attorneys' Fees and Expenses, the Memorandum in Support, the supporting evidence, the lack of objections, the oral argument of counsel, and the relevant case law, the Court finds that good cause exists to GRANT that Motion.

The Court finds as follows: The fees and expenses agreed to in the Settlement Agreement are fair and reasonable. Counsel effectively briefed and argued the complex issues involved in overcoming defendants' motion to dismiss and obtaining partial summary judgment on liability. By bifurcating liability and damages, counsel streamlined the case to the extent possible, and the time spent on the case was reasonable. Given the uncertainties regarding various theories of damages and the likelihood of an appeal, the result that counsel obtained in the settlement – more than 70% of the maximum damages they could have won – was excellent.

The Court has considered the twelve factors first enunciated in *Johnson v. Georgia Highway Express*, 488 F.2d 714 (5th Cir. 1974), and finds that, to the extent they are applicable, all weigh in favor of the negotiated fee which is approximately 70% of a full lodestar, and none weighs against such a fee.

Accordingly, it is ORDERED as follows:

1. The Motion for Approval of Attorneys' Fees and Expenses BE, and the same hereby is, GRANTED, and the $250,000 in fees and expenses provided in the Settlement Agreement is hereby APPROVED.

_____/s/_____
The Hon. Catherine C. Blake
U.S. District Court Judge

November 14, 2013